# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

Case: 1:26–cv–00793 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 3/3/2026
Description: Pro Se Gen. Civ. (F–DECK

## UNITED STATES COURT OF APPEAL
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF DISTRICT OF COLUMBIA

**ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

    Petitioner, Plaintiff, and Appellant,

vs.

**ANDREW PAUL MAZZUCHELLI ,**

    Respondent, Defendant, and Appellee,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

)
) Case No. _____
)
) Lead Identical Pending Related Case:
) **Moon vs. Satan, Roes/Does 1-350 et.al case nos.**
) 1:25-CV-03988-TSC
) 23-5240 ; 25-5207,26-5061 U.S. C.O.A.,D.C.
) 25-CO-0632, C.O.A. D.C.
) 2023 CCC 0025, BA332095, BA362256, BD481244,bc340942 Superior Court, D.C. and Los Angeles
)
) **PETITION FOR ANTI-STALKING TEMPORARY RESTRAINING ORDER (T.R.O.) AGAINST UNDERLING OF SATAN'S GOVERNMENT ANDREW PAUL MAZZUCHELLI PURSUANT TO FEDERAL FULE CIVIL PROCEDURE 65 (b)( 1-4); D.C. Code Sections 22-3131 – 22-3135 ; 18 U.S.C. 2261 ; 241 ; 242; 1113; 1201 (A) ; 2381 ET. SEQ.**
)
) **COVID-19:HOST, HOAX, OR HOLY SPIRIT**

## PETITION
## DECLARATION OF ADRIAN DAMICO MOON
## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN DAMICO MOON, (hereinafter , 'daredeemer' ) Petitioner, Plaintiff, and Appellant , Attorney In Po Se , Israelite, chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

PETITION FOR ANTI-STALKING TEMPRORARY RESTRIAING ORDER (T.R.O.)

RECEIVED
MAR 03 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1. On or about March 1, 2026, Respondents , Defendants, and Appellees, with evil, vicious , heinous , Hamas Domestic Terrorism Criminally conspired then failed to turn themselves over into da custody of da Metropolitan District of Columbia Police Department to await arraignment and Bond hearings for their crimes under 18 U.S.C. 1113 ; 241;242; 1201 (a) ; 2381 ; 2261ET. SEQ.

2. On of about January 9, 2026 , Respondents , Defendants, and Appellees, with vicious , evil , heinous , Hamas Domestic Terrorism criminally conspired then Dismissed case entitled Moon vs. Satan, does/roes 1-350 inclusively  case no. 1:25-cv-03988-TSC., United States District Courts, D. C. to chill 'daredeemer ' from exercising his constitutional rights while in his protected class.

3. On February 2, 2026, in case entitled Commonwealth of Massachusetts vs. United States of America, et.al. case no. 1:25-cv-13165-IT, U.S. District Court of Massachusetts Respondents, Defendants, Appellees, with vicious , evil , heinous, Hamas Domestic Terrorism denied 'daredeemer' to exercise his constitutional right to become a party and / or a non-party to da action with caused 'daredeemer' to fear for his safety and cause irreparable harm and actual damage of $7,000,000,000.00.

4. On February 16, 17, 2026, Respondents, Defendants, and Appellees, with vicious , evil , heinous, Hamas Domestic Terrorism , criminal conspired in case entitled L.A ALLIANCE ET. AL. vs. County and City of Los Angeles et. al. case no. 2:20-cv-02291-DOC , with vicious , evil , heinous , Hamas Domestic Terrorism criminally conspired then denied 'daredeemer ' to actively to participate as a party and/ or non-party to da action to chill 'daredeemer' to fear for his safety while exercising his constitutional rights in his protective class.  These actions of Terrorism caused emotional stress and duress and actual pain and suffering and irreparable harm and damages of $7,000,000,000.00.

5. This instant case shall consolidated into  Lead Identical Pending Related case of Moon vs. Boddie case.no. 1:26-cv-0560-UNA upon Tanya Sue Chutkan paying da Filing fees for this case once processed and assign a case number. See, read, understand and consider attached Motion A (3) pages (Proposed) ORDER incorporated by this reference.

6. 'daredeemer' reserves da rights to add evidence and witnesses at da hearing on da (t.r.o. ) hearing. See, read, understand, and consider attached Motion A (3) pages incorporated by this reference.

**T.R.O. ORDERS ISSUE:**

7. Respondents, Defendants , and Appellees are hereby ordered to turn themselves over into da custody of da Metropolitan District of Columbia Police Department to await arraignment and bond hearings.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct, so help ME God !!!

DATED:March 1, 2026          by: _____

KING Adrian 'daredeemer' Moon, Attorney In Pro se

3

---

Motion A (3)pages

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se  .

### UNITED STATES DISTRICT COURT
### CIVIL AND CRIMINAL DIVISIONS
### IN DA DISTRICT OF DISTRICT OF COLUMBIA

ADRIAN DAMICO MOON, an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

Petitioner, Plaintiff, and Appellant,

vs.

JILL CHRISTIE BODDIE, ANNA ELIZABETH BLACKBURNE-RIGSBY, SATAN, a spiritual being , a.k.a. 'Lucifer da fallen Loser' and also being sued in his official capacity as Ruler of This World, TANYA SUE CHUTKAN, ELIZABETH CARROLL WINGO, JULIET JOANN MCKENNA, DAVID ORMON CARTER, MARY ANN MURPHY, JOSEPH MICHAEL FRANCIS RYAN III, HAMILTON P. FOX, REBECCA NEAL, CLIFTON CASLAK, JOHN ROBERTS, JR. , CHRISTOPHER ALLEN DARDEN.

Respondents, Defendants, and Appellees,

" JUDGMENT IS COMING "

# $7,000,000,000.00

Case No.  **1:26-CV-0560-UNA**

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos**.
1:25-CV-03988-TSC
26-5061, U.S. C.O.A..D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256, BD481244,bc340942  Superior Court, D.C. and Los Angeles

**(Proposed) ORDER THEREON**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**



Motion A (2) pages

(Proposed) ORDER THEREON    -1

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

## (Proposed) ORDER

**NOTICE:** Currently as there is a pending Motion in da U.S. Court of Appeal, D.C. in case entitled Moon vs. Satan, roes / does 1-350 et. al. case no. 26-5061: To schedule A United States Congressional Hearing for investigation , indictment , impeachment, and prosecution denied by Respondent , Defendant, Appellee Tanya Sue Chutkan in da lower court case no. 1:25-cv-03988-TSC under 28 U.S.C. 144 (a) ; 18 U.S.C. 2381 ;241; 242; 1201 (a) ; 1113  et. seq. and da denial of Michelle Obama, or Barack Obama or  da Honorable Eleanor Holmes Norton to be appointed Pro Tem Judge! Nevertheless, 'daredeemer' shall stay in fervent prayer if not of da availability of Michelle , Barack, or Eleanor that any Judicial officer should be able to step-in and Grant this simple consolidation Motion ! AMEN AND AMEN

As these matters came by regularly to da Court and having taking Judicial Notice and all da cases requested to be consolidated and having considered da declaration of 'daredeemer'  and case files and pending motions to da satisfaction that these matters ought to be Granted !

**FOR GOOD CAUSE SHOWING AND NO OPPOSITION BY ANY OF DA PARTIES OR THEIR LAWYERS OF RECORD AND ON THIS COURT'S OWN MOTION, IT IS SO ORDERED,**

**THAT:**

1. da Consolidation of Pending Identical Related Petitions entitled **MOON** vs. **ANNA ELIZABETH BLACKBURNE-RIGSBY** case no. 26-cv-0559-UNA, vs. **SATAN** case no. 26-cv- not assigned, vs. **TANYA SUE CHUTKAN** case no. 26-cv-0522-UNA,  vs. **ELIZABETH CARROLL WINGO** , case no. 26-cv-0672-UNA, vs. **JULIET JOANN MCKENNA** case no. 26-cv-0671-UNA, vs. **DAVID ORMON CARTER** case no. 26-cv-0669-UNA, vs. **MARY ANN MURPHY** case no. 26-cv-0557-UNA, vs. **JOSEPH MICHAEL FRANCIS RYAN III** case no. 26-cv-0673-UNA, vs. **HAMILTON P. FOX** case no. 26-cv-0675-UNA, vs. **REBECCA NEAL** case no. 26-cv-0677-UNA , vs. **CLIFTON CISLAK** case no. 26-cv-0602-UNA, vs. **JOHN ROBERTS, JR.** case no. 26-cv-0674-UNA, vs. **CHRISTOPHER ALLEN DARDEN** case no. 26-cv-not assigned-UNA and vs. **JILL CHRISTIE BODDIE**  Lead case no. 26-cv-0560-UNA shall be designated as da Lead Case to follow and all documents shall be filed in this Lead Case.

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

2. Cases entitled **MOON** vs. **MOON** case no. 2023 CPO 1056 and **U.S.A./SATAN ET. AL. vs. MOON** case no. 2023 CCC 0025, Superior Court, D.C. shall be transmitted and made available to da courtroom before da commencement of da Anti-Stalking (t.r.o. ) hearing .

3. Cases entitled **BODDIE vs. MOON** case no. BD481244 and **MOON** vs. **CADE et. al.** case no BD340942 shall be transmitted and made available to da courtroom before da commencement of da Anti-Stalking (t.r.o. ) hearing.

4. Cases entitled **In re: ADRIAN DAMICO MOON** case no. 23-FM-0830 ; 23-CO-0863; 23-CO-0955 ; 24-CM-0495 ; 25-CO-0632 in da Court of Appeal, D.C shall be transmitted and made available to da courtroom before da commencement of da Anti-Stalking (t.r.o.) hearing.

5. Respondent, Defendant, and Appellee Tanya Sue Chutkan is hereby ordered to pay all da Court filing fees for all above-mention Petitions to be consolidated, forthwith...

And Any other relief that this court deems, proper, just, and equitable. AMEN AND AMEN

DATED: MARCH     , 2026

_____

**HONORABLE**                                        **PRO TEM JUDGE**
**UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA**